IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD LONG, | : |
| Plaintiff, | : |
| v. | : No. 03-3054 |
| HDJ COMPANY, INC., | : |
| Defendant. | : |

## MOTION TO QUASH SUBPOENA

Pursuant to Fed.R.Civ.P. 45(c)(3)(A), Defendant, HDJ Company, Inc., through its attorneys, Kegel Kelin Almy & Grimm LLP, hereby moves to quash the subpoena served on Bertz and Co. In support of this Motion, Defendant relies on the Brief attached hereto.

Respectfully submitted,

KEGEL KELIN ALMY & GRIMM LLP

By: _____
Amy G. Macinanti, Esquire
Attorney I.D. No. 73609
24 N. Lime Street
Lancaster, PA 17602
(717) 392-1100

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Quash Subpoena was served this 30th day of March, 2004, by hand, upon the following person:

Nina B. Shapiro, Esq.
53 North Duke Street, Suite 201
Lancaster, PA 17602

_____
Amy G. Macinanti, Esquire