# Exhibit

# A

# United States District Court

Eastern DISTRICT OF Pennsylvania

Ronald L. Long,
        plaintiff

V.

H.D.J. Company, Inc.,
        defendant

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 03-3054

TO: Records Custodian
Bertz & Company
36 East King Street
Lancaster, PA 17602

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Copies of all federal tax returns prepared for the years 2002 to the present for HDJ Company, Inc., Burton Enterprises and Specialized Medical Devices Inc. and copies of all financial statements prepared for the years 2002 to the present for HDJ Company, Inc., Burton Enterprises and Specialized Medical Devices Inc.

| PLACE | DATE AND TIME |
|---|---|
| Law Office of Nina B. Shapiro, Esquire<br>53 North Duke St., Suite 201<br>Lancaster, PA 17602 | Tuesday, April 6, 2004<br>by 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6)

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff PA ID# 44040 | 3/16/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nina B. Shapiro, Esquire
53 North Duke Street, Suite 201   717-399-8720
Lancaster, PA 17602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## VERIFICATION

I, _____, verify that the foregoing documents as subpoenaed are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties relating to unsworn falsification to authorities.

DATE: _____                             _____

                                                                                      Records Custodian