# Exhibit

# B

```
 1          And it says, "It has been a wonderful to have
 2  Edward grow and become our most capable vice president."
 3  Are you vice president?
 4      A   I use that title at times but I consider myself
 5  general manager.
 6      Q   This -- the front page that I was provided said
 7  1997.  Is this still the company employment manual used
 8  today?
 9      A   Yes.
10      Q   Now, on the second page of the company history
11  that you had referenced, the page, the locations --
12      A   Um-hum.
13      Q   That's a yes?  We can't do "um-hum."  That's why
14  I corrected you.  Didn't mean to be rude.
15      A   Repeat the question, please.
16      Q   Okay.  On the second page of company history, the
17  continuation, it speaks of a Specialized Medical Devices.
18  Is that an offshoot of HDJ Company?
19      A   At the time of conception, no.
20      Q   Is it today?
21      A   Maybe want to clarify "offshoot."
22      Q   Let me ask it in a different way.  What is
23  Specialized Medical Devices?
24      A   It's a company that provides products and
25  services mostly geared toward the medical industry.
                                                        13
```

```
 1      Q   And those products -- are those products
 2  manufactured at HDJ?
 3      A   HDJ is one of the suppliers of Specialized
 4  Medical Devices.  One of many.
 5      Q   And where is Specialized Medical Devices located?
 6      A   300 Running Pump Road.
 7      Q   And that being the same facility of HDJ?
 8      A   They are both in the same facility, yes.
 9      Q   What is your position with Special Medical
10  Devices?
11      A   My title would be -- it is vice president.
12      Q   Is Mary Burton president of Special Medical?
13      A   Yes.
14      Q   What about Burton Enterprises?
15      A   Butron.
16      Q   What's it called?
17      A   Butron.
18      Q   Butron.  I'm sorry.  Is that also a company owned
19  by Mary Burton?
20      A   She is an owner.
21      Q   Is there more than one owner?
22      A   Yes.
23      Q   Are you an owner?
24      A   Yes.
25      Q   And other than Mary and yourself, are there any
                                                        14
```

```
 1  other owners?
 2      A   Yes.
 3      Q   And who are they?
 4      A   Mary D. S. Burton.
 5      Q   Is that your sister?
 6      A   Yes.
 7      Q   And what does Butron Enterprises -- what is their
 8  purpose?
 9      A   They are a minority-based contracting company.
10      Q   And what kind of goods do they contract or
11  service?  Is it goods or services?
12      A   It's goods.
13      Q   What type of goods?
14      A   Machine parts.
15      Q   Are those machine parts manufactured by HDJ?
16      A   Some of those parts are machined by HDJ.
17      Q   Can you spell Butron for me, please?
18      A   B-u-t-r-o-n.
19      Q   And where is Butron Enterprises located?
20      A   It is really a company on paper.  But they do
21  work out of 300 Running Pump Road.
22      Q   When was Butron Enterprises created?
23      A   I'm not sure.
24      Q   Was it before or after 1994?
25      A   I'm not exactly sure.
                                                        15
```

```
 1      Q   And I guess where I am picking up the 1994, is
 2  that the year that Specialized Medical Devices -- the
 3  conception was 1994.  So do you recall if it was before or
 4  after Specialized Medical Devices?
 5      A   I don't recall specifically.
 6      Q   What is the interrelationship, then, between HDJ
 7  and Butron Enterprises?
 8      A   HDJ is a supplier to Butron.
 9      Q   Does Butron Enterprises pay taxes?
10      A   I believe so, yes.
11      Q   And Special Medical Devices pays taxes, is that
12  correct, their own income tax?
13      A   Actually, I believe it's an S corp, so I don't
14  believe that it does.
15      Q   Are you a college graduate?
16      A   I have an associate's degree.
17      Q   So you are a high school graduate?
18      A   Yes.
19      Q   Lancaster County?
20      A   Yes.
21      Q   What -- which high school?
22      A   Conestoga Valley.
23      Q   And you have an associate's degree from where?
24      A   Miami-Dade College.
25      Q   What year?
                                                        16
```